# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2024

## NO. 03-23-00779-CR

**Phillip "Baby Shark" Scott, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COMAL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND KELLY**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from Comal County. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.